```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :    UNSEALING ORDER
                                   :
ROBERT BALEY, et al.,              :    S4 20 Cr. 57 (GBD)
                                   :
         Defendants.               :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Superseding Indictment S4 20 Cr. 57 (GBD), which was filed under seal on October 13, 2020, is unsealed.

SO ORDERED.

Dated: New York, New York
       October 15, 2020

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTARTE JUDGE