UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

ROBERT BALEY, a/k/a Dead Eye,

Defendant.

------------------------------------x

ORDER

20 Crim. 57-19 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for an order granting his release on bond, (ECF Nos. 250, 259), which the Government opposes, (ECF No. 255), is DENIED.

Dated: New York, New York
June 8, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge