UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

  -against-

DARON GOODMAN et al.,

        Defendants.

------------------------------------- x

ORDER

20 Crim. 57 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from June 30, 2021 to October 6, 2021 at 10:30 a.m.

On the Government's motion, made with Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: June 23, 2021
   New York, New York

SO ORDERED.

_GEORGE B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE