LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 4, 2021

Via ECF & Email
The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: OCT 0 5 2021

Re: United States v. Goodman, Robert Baley, et al.
    S4 20 cr 57 (GBD)

Dear Judge Daniels:

I respectfully request I, my assigned paralegal Leyla Tonak, and the assigned investigator, Romedio Viola, be permitted to file interim vouchers. We have been working on this case for over six months and realize that we are not close to a resolution of this case and therefore, each of us will be expending a considerable amount of time in the review of discovery, investigation, meeting with Mr. Baley, drafting and filing of pretrial motions, and preparing for trial. Wherefore, it is respectfully requested that Your Honor grant permission for myself, Ms. Tonak, and Mr. Vila to file interim vouchers.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel via ECF