**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

              -against-                                  :          ORDER

DARON GOODMAN, JAMARR SIMMONS,    :          20 Crim. 57 (GBD)
WILLIE EVANS, ALBERT SHOULDERS,          :
JOSE RODRIGUEZ, SYLVESTER WINT,         :
MARKELL BOBIAN, TYRONE ERVIN,            :
SEAN GAMBRELL,  JERLAINE JENKINS,       :
MARKQUEL SIMMONS, ROBERT BALEY,      :
QUAVEON ROSS, MARCUS AYALA, et al.,      :
                                        :
                       Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

       The MDC is ORDERED to make available to Defendants in this case the laptop loaded with

the voluminous discovery produced by the Government in accordance with this Court's October 26,

2021 Order, (ECF 362), at times when electronic discovery review is provided for inmates, if there

are no other computers currently available to view the discovery materials.

Dated: February 7, 2022
       New York, New York

                                     SO ORDERED.

                                     GEORGE B. DANIELS
                                     UNITED STATES DISTRICT JUDGE