UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

       -against-

ROBERT BALEY,

                     Defendant.

------------------------------------x

ORDER

20 Crim. 57-19 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for March 9, 2022 at 10:30 a.m.

Dated: February 28, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge