**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                             ORDER

ROBERT BALEY,                    20 Crim. 57-19 (GBD)

                  Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motions at ECF Nos. 412, 415, 426 and 429 (Defendant's requests for laptop access) as having been resolved by this Court's order at ECF No. 438.

Dated: May 17, 2022
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge