UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ROBERT BALEY,

                            Defendant.

------------------------------------x

ORDER

20 Crim. 57-19 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's motion to amend the Presentence Report, (ECF No. 542), is DENIED as moot.

Dated: August 11, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE