**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,          :

                 -against-         :

ROBERT BALEY,               :

              Defendant.     :

------------------------------------ x

                    ORDER

              20 Crim. 57-19 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for early termination of supervised release, which is supported by

Probation and unopposed by the Government, is GRANTED. Defendant's supervised release is

terminated pursuant to 18 U.S.C. § 3583(e)(1).

Dated: April 20, 2026
      New York, New York

                         SO ORDERED.

                         *George B. Daniels*

                         GEORGE B. DANIELS
                         United States District Judge